## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### Northern Division

UNITED STATES OF AMERICA,

                Plaintiff,

                                       Criminal No.: WDQ-13-2754

        -against-

$50,000 in U.S. Currency,

                Defendant.

-------------------------------------------------X

## PLAINTIFF UNITED STATES OF AMERICA'S FIRST SET OF SPECIAL INTERROGATORIES TO CLAIMANT JOE E. AVETIA

Plaintiff, United States of America, pursuant to Rule G(6)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions hereby propounds the following special interrogatories to be answered under an oath within twenty-one (21) days of service hereof:

## SPECIAL INTERROGATORY NO. 1:

State your current and all prior names, including aliases or nicknames, dates and places of birth, Social Security numbers, visa or green card numbers, current address, and all addresses for the last five (5) years.   For each address, please list the inclusive months and years you or your spouse lived at each address.

## SPECIAL INTERROGATORY NO. 2:

If you have ever been arrested or convicted of a crime in any country, please state the date of the arrest or conviction, the charges, the name and address of the court in which you were

convicted, the offense you were charged with or were convicted of, and the sentence or other outcome.   If probation was imposed, list the time period during which you were under probation and the name, address, and telephone number of your probation officer.   If you were incarcerated, list the institution where you were incarcerated and the period of time during which you were incarcerated.   If you were paroled, list the date of your parole and the name, address, and telephone number of your parole officer. If you have been charged in a criminal case which is currently pending before any court, please state the date of arrest, the charges(s), the name and address of the court in which you were charged, and provide the current status of the court case, including whether a guilty plea has been entered.


## SPECIAL INTERROGATORY NO. 3:

Identify the states, provinces and foreign countries in which you have obtained a driver's license, driving permit, or state identification, including, where applicable, the license, permit, or identification number, and state whether the license, permit, or identification is currently valid.


## SPECIAL INTERROGATORY NO. 4:

In your claim filed October 22, 2013, you state under penalty of perjury that you are the "owner" of the $50,000.00 of the Defendant Currency (hereinafter "the Defendant Currency"). The term "owner" is defined for purposes of this action in 18 U.S.C. § 983(d)(6).   With reference to that definition, state the nature of your ownership interest.


## SPECIAL INTERROGATORY NO. 5:

State in detail the circumstances in which you acquired your ownership interest (as defined

in 18 U.S.C. § 983(d)(6)) in the Defendant Currency, including but not limited to, the following: 1) the date, time and place in which you acquired the currency, 2) the reason you acquired the currency, 3) the manner in which the currency was delivered to your possession, 4) the identity of the person(s) from whom you acquired the currency; and 5) the identity of all persons who were present when you obtained the currency.   For each person identified in response to this interrogatory, provide the person's name, address and telephone number.

**SPECIAL INTERROGATORY NO. 6:**

If you have any records, documents, or tangible items that document or relate in any way to your response to Interrogatory No. 5, or are otherwise relevant to your interest in the Defendant Currency or your claim to the Defendant Currency, identify each piece of evidence with specificity, including the name, address and telephone number of its custodian.   In lieu thereof, you may produce copies of the records, documents, or tangible items.

**SPECIAL INTERROGATORY NO. 7:**

If the currency, or any portion thereof, was obtained by you in the form of a check and converted to cash, list the payor and payee of the check(s), the amount thereof, the approximate date the check was written, the date and place where the check was cashed or deposited, and the places where the cash has been kept since the check was converted to cash.   If you originally received any portion of the Defendant Currency in some other form besides cash or check, list the form of payment, the amount of the payment, and the reason such payment was made to you or to such other person or organization.   Please identify each witness (by name, address and telephone number) and each document (and the name, address and telephone number of the custodian of the

document) that supports your answer**.**

**SPECIAL INTERROGATORY NO. 8:**

State the names and current addresses and telephone numbers of all persons known or believed by you to have knowledge of or information pertaining to your ownership of the Defendant Currency so that these persons may be deposed.

**SPECIAL INTERROGATORY NO. 9:**

If you are claiming that any portion of the Defendant Currency belongs to a third party, state the name of such third party and the amount that belongs to him or her.

**SPECIAL INTERROGATORY NO. 10:**

If any portion of the Defendant Currency belongs to a third party, state the reason you were in possession of such portion of the Defendant Currency and the date you took possession of such portion of the Defendant Currency.

**SPECIAL INTERROGATORY NO. 11:**

State, in detail, the nature of your trucking business. Including the name of the business, the name and contact information for anyone employed by the business, and the names of anyone who supplies produce to this business.

**SPECIAL INTERROGATORY NO. 12:**

In your Verified Claim you stated that the defendant currency was acquired through your

business and from buying and selling truck parts. Please state any earnings from 2012-2013, and whether or not you reported any wages earned in Maryland in 2012-2013. If any wages were reported please attach the appropriate documents to prove that these wages were reported. Also identify by tax year and Form number all income tax returns for the period(s) when you accumulated the Defendant Currency that reflect your income as from lawful employment and enterprises, and the names and telephone numbers of any tax preparers who may have copies of such tax returns.

## SPECIAL INTERROGATORY NO. 13:

State whether you have ever had currency seized from you by a law enforcement agent on any other occasion.  If so, state the date and place of such seizure, the circumstances of the seizure, the amount of currency seized, the title of any judicial proceeding that resulted from the seizure and the court where such proceeding was filed, and the disposition of the seizure (i.e., whether you recovered the currency, defaulted or did not contest the seizure, or litigated but failed to recover the currency).

## SPECIAL INTERROGATORY NO. 14:

Provide the name of any bank or financial institution in which you are an account holder or have been an account holder within the past five (5) years.

## SPECIAL INTERROGATORY NO. 15:

State the names and addresses of all persons who assisted you in preparing answers to these interrogatories (except clerical personnel), and specify the interrogatory numbers each person

assisted you with.

Sign the attached declarations and forward along with your responses.   (Signature of counsel is not acceptable.)

This 6th day of June, 2014.

Respectfully submitted,

ROD J. ROSENSTEIN
UNITED STATES ATTORNEY

_____
Stefan D. Cassella
Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, MD 21201
(410) 209-4800

6

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**Northern Division**

UNITED STATES OF AMERICA,

                Plaintiff,                     Criminal No.: WDQ-13-2754
      -against-

$50,000 in U.S. Currency,

                Defendant.

--------------------------------------------------X

## <u>DECLARATION</u>

I, _____, do hereby declare, certify and verify, under penalty of perjury as provided by federal law, that I have read the foregoing Answers to Interrogatories and that every answer is true and correct.


Executed on: _____        _____

                                           CLAIMANT